UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Rainier DSC 1, LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-15-1597 |
| | § | |
| Rainier Capital Management, LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Final Judgment

1.   The arbitrator's award of March 11, 2015, is confirmed.

2.
| | | |
|---|---|---|
| Rainier DSC 1, LLC, | Rainier DSC 2, LLC, | Rainier DSC 3, LLC, |
| Rainier DSC 4, LLC, | Rainier DSC 5, LLC, | Rainier DSC 6, LLC, |
| Rainier DSC 7, LLC, | Rainier DSC 8, LLC, | Rainier DSC 9, LLC, |
| Rainier DSC 11, LLC | Rainier DSC 13, LLC, | Rainier DSC 14, LLC, |
| Rainier DSC 15, LLC, | Rainier DSC 16, LLC, and | Rainier DSC 18, LLC, |

take nothing from Rainier Capital Management, LP, Rainier DSC Acquisitions, LLC, and Rainier Properties, LP.

3.   Rainier Capital Management, LP, Rainier DSC Acquisitions, LLC, and Rainier Properties, LP, jointly and severally, take $523,839.89 in reasonable attorney's fees, costs, and expenses, from

| | | |
|---|---|---|
| Rainier DSC 1, LLC, | Rainier DSC 2, LLC, | Rainier DSC 3, LLC, |
| Rainier DSC 4, LLC, | Rainier DSC 5, LLC, | Rainier DSC 6, LLC, |
| Rainier DSC 7, LLC, | Rainier DSC 8, LLC, | Rainier DSC 9, LLC, |
| Rainier DSC 11, LLC | Rainier DSC 13, LLC, | Rainier DSC 14, LLC, |
| Rainier DSC 15, LLC, | Rainier DSC 16, LLC, and | Rainier DSC 18, LLC. |

Signed on June 8, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge