| United States District Court | Southern District of Texas |
|---|---|

Rainier DSC 1, LLC, *et al.*, §
§
      Plaintiffs, §
§
*versus* §     Civil Action H-15-1597
§
Rainier Capital Management, LP, *et al.*, §
§
      Defendants. §

# Amended Final Judgment

1. The arbitrator's award of March 11, 2015, is confirmed.

2. 
   | Rainier DSC 1, LLC, | Rainier DSC 2, LLC, | Rainier DSC 3, LLC, |
   | Rainier DSC 4, LLC, | Rainier DSC 5, LLC, | Rainier DSC 6, LLC, |
   | Rainier DSC 7, LLC, | Rainier DSC 8, LLC, | Rainier DSC 9, LLC, |
   | Rainier DSC 11, LLC | Rainier DSC 13, LLC, | Rainier DSC 14, LLC, |
   | Rainier DSC 15, LLC, | Rainier DSC 16, LLC, and | Rainier DSC 18, LLC, |

   take nothing from Rainier Capital Management, LP, Rainier DSC Acquisitions, LLC, and Rainier Properties, LP.

3. Rainier Capital Management, LP, Rainier DSC Acquisitions, LLC, and Rainier Properties, LP, jointly and severally, take $523,839.89 in reasonable attorney's fees, costs, and expenses, from

   | Rainier DSC 1, LLC, | Rainier DSC 2, LLC, | Rainier DSC 3, LLC, |
   | Rainier DSC 4, LLC, | Rainier DSC 5, LLC, | Rainier DSC 6, LLC, |
   | Rainier DSC 7, LLC, | Rainier DSC 8, LLC, | Rainier DSC 9, LLC, |
   | Rainier DSC 11, LLC | Rainier DSC 13, LLC, | Rainier DSC 14, LLC, |
   | Rainier DSC 15, LLC, | Rainier DSC 16, LLC, and | Rainier DSC 18, LLC. |

4. Conditioned on their incursion, Rainier Capital Management, LP, Rainier DSC Acquisitions, LLC, and Rainier Properties, LP, jointly and severally, take from

   | Rainier DSC 1, LLC, | Rainier DSC 2, LLC, | Rainier DSC 3, LLC, |
   | Rainier DSC 4, LLC, | Rainier DSC 5, LLC, | Rainier DSC 6, LLC, |

| Rainier DSC 7, LLC,   | Rainier DSC 8, LLC,       | Rainier DSC 9, LLC,  |
|------------------------|---------------------------|----------------------|
| Rainier DSC 11, LLC    | Rainier DSC 13, LLC,      | Rainier DSC 14, LLC, |
| Rainier DSC 15, LLC,   | Rainier DSC 16, LLC, and  | Rainier DSC 18, LLC, |

A. $75,000 in attorney's fees for an appeal to the United States Court of Appeals;

B. $50,000 in attorney's fees for a petition for a writ of certiorari to the Supreme Court of the United States;

C. $75,000 in attorney's fees if the Supreme Court of the United States issues the writ;

D. $50,000 in attorney's fees if the Supreme Court of the United States hears oral argument; and

E. $50,000 in attorney's fees for other appeals.

Signed on July 7, 2015, at Houston, Texas.

*[signature]*

Lynn N. Hughes
United States District Judge